# EXHIBIT A

**CONSENT TO JOIN AND AUTHORIZATION TO REPRESENT**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA") arising out of my work with O'Reilly Auto Enterprises, LLC and/or related entities and individuals ("O'Reilly").

2. I worked for O'Reilly from on or about  July 2015  (month, year) to on or about  February 2021  (month, year). During this time, I worked for O'Reilly in the following state(s):  California .

3. I understand that this lawsuit is brought under the FLSA. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

4. I hereby designate Berger Montague PC, at 1818 Market Street, Suite 3600, Philadelphia, Pennsylvania 19103 ("Plaintiff's Counsel"), to represent me for all purposes in this action or any subsequent action against O'Reilly.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: *Jeffrey Pipich* (DocuSigned by, 83F7D7D4D72A41B...)

Date: 6/14/2021

Name: Jeffrey Pipich

Address: [redacted]

Telephone: [redacted]

E-Mail: [redacted]

**COMPLETE AND RETURN TO:**
BERGER MONTAGUE PC
ATTN: Mariana Ramirez
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3049
Fax: (215) 875-4604
Email: mramirez@bm.net

Exhibit A
Page 15