Daniel L. Thornton (PA 318431)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
Email: dthornton@bm.net

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY PIPICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware corporation,<br><br>Defendant. | CASE NO.  3:21-CV-01120-L-JLB<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL DANIEL L. THORNTON**<br><br>Judge:  Hon. M. James Lorenz<br>Magistrate Judge: Hon. Linda Lopez |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Kindly withdraw the appearance of Daniel L. Thornton, Esquire, on behalf of the Plaintiff James Burke. Plaintiff will continue to be represented by the other attorneys at Berger Montague PC who have entered their appearances.

| | | |
|---|---|---|
| 1 | Dated:  March 4, 2022 | /s/  *Daniel L. Thornton* |
| 2 | | Daniel L. Thornton (PA 318431) |
| 3 | | **BERGER MONTAGUE PC** |
|   | | 1818 Market Street, Suite 3600 |
| 4 | | Philadelphia, PA 19103 |
| 5 | | Tel.: (215) 875-3000 |
|   | | Fax: (215) 875-4604 |
| 6 | | Email: dthornton@bm.net |

2

**CASE NO: 3:21-CV-01120-L-JLB**
**NOTICE OF WITHDRAW OF COUNSEL**
**DANIEL L. THORNTON**