1  DAVID G. SPIVAK (SBN 179684)
       david@spivaklaw.com
2  CAROLINE TAHMASSIAN (SBN 285680)
       caroline@spivaklaw.com
3  **THE SPIVAK LAW FIRM**
4  8605 Santa Monica Blvd., PMB 42554
5  West Hollywood, CA 90069
   Telephone: (213) 725-9094
6  Facsimile: (213) 634-2485
7
8  Attorneys for Plaintiffs and all others similarly situated
   (Additional attorneys for parties on following page)
9

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY PIPICH, EVE STORM, GARY CULL, MELISSA KOLAKOWSKI, and DANIEL LOPEZ, on behalf of themselves and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiffs,*<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company; Express Services, Inc., a Colorado corporation dba Express Employment Professionals; and DOES 2–50, inclusive,<br><br>*Defendants.* | Case No. 3:21-cv-01120-AHG<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action filed: June 16, 2021<br>Hearing Court: 2125, The Honorable Allison H. Goddard<br><br>***Submitted Herewith Under Separate Cover:***<br>1. Memorandum of Points and Authorities;<br>2. Declaration(s) of David Spivak, Alexandra K. Piazza, and Walter L. Haines; and<br>3. [Proposed] Order |

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067

1

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, et al.*   Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlement

# ADDITIONAL ATTORNEYS FOR PLAINTIFFS

Alexandra K. Piazza (SBN 341678)
    apiazza@bm.net
**BERGER MONTAGUE PC**
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

Shanon J. Carson* (PA 85957)
    scarson@bm.net
Camille Fundora Rodriguez*
(PA 312533, NJ 01764-2011)
    crodriguez@bm.net
Michael J. Anderson* (PA 332185)
    manderson@bm.net
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

* admitted *pro hac vice*

WALTER L. HAINES (SBN 71075)
    walter@uelglaw.com
**UNITED EMPLOYEES LAW GROUP, PC**
8605 Santa Monica Blvd., PMB 63354
West Hollywood, CA 90069
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

SPIVAK LAW
EMPLOYEE RIGHTS

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067

2

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, et al.*   Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlement

## ATTORNEYS FOR DEFENDANTS

JAMES M. PETERSON (SBN 137837)
    peterson@higgslaw.com
EDWIN M. BONISKE (SBN 265701)
    boniske@higgslaw.com
DEREK W. PARADIS (SBN 269556)
    paradisd@higgslaw.com
**HIGGS FLETCHER & MACK LLP**
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone:   619.236.1551
Facsimile:    619.696.1410

Attorneys for Defendant,
O'REILLY AUTO ENTERPRISES, LLC

MORGAN FORSEY (SBN 241207)
    morgan.forsey@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street
48th Floor
Los Angeles CA 90013
Telephone:   (213) 443-7538
Facsimile:    (213) 629-7401

Attorneys for Defendant,
Express Services, Inc.



SPIVAK LAW
EMPLOYEE RIGHTS

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067

3

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, et al.*   Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Jeffrey Pipich, Eve Storm, Gary Cull, Melissa Kolakowski, and Daniel Lopez (collectively "Plaintiffs") hereby move this Court for an order: (1) granting class certification of the Settlement Class solely for settlement purposes pursuant to Federal Rules of Civil Procedure § 23; (2) preliminarily approving the Class Action and PAGA Settlement Agreement and Class Notice (the "Settlement" or "Settlement Agreement")[1] between Plaintiffs and Defendants O'Reilly Auto Enterprises, LLC ("O'Reilly") and Express Services, Inc. ("Express") (collectively, "Defendants") (Plaintiffs and Defendants are referred to below collectively as the "Parties"), (3) appointing David Spivak of The Spivak Law Firm, Alexandra K. Piazza of Berger Montague PC, and Walter L. Haines of United Employees Law Group as Class Counsel; (5) appointing Plaintiffs as Class Representatives ("Class Representatives"); (6) approving the use of the proposed notice procedures; (7) directing that notice be mailed to the proposed Settlement Class; and (8) scheduling a hearing date for motion for final approval of class action settlement and awards of attorneys' fees and costs.

The "Settlement Class" or "Class Members" consists of all individuals employed by one or both Defendants as non-exempt, hourly employees, either directly or indirectly through staffing agencies, and who worked at one of Defendant O'Reilly Auto Enterprises, LLC's distribution centers in California at any time during the Class Period. Settlement ¶ 1.5. "Class Period" means the period from July 5, 2018 to May 22, 2024. *Id.* ¶ 1.12.

This Motion is made on the following grounds: (1) the Settlement Class meets all the requirements for class certification for settlement purposes only under

---

[1] The Settlement Agreement is attached as Exhibit 1 to the Declaration of David Spivak ("DS"), which is submitted herewith under a separate cover. Unless otherwise stated, all capitalized terms have the meaning ascribed to them in the Settlement Agreement.



Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067

4

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, et al.*   Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlement

1  Federal Rules of Civil Procedure § 23; (2) Plaintiffs and their counsel are adequate
2  to represent the Settlement Class; (3) the Settlement reflects a fair, adequate, and
3  reasonable compromise of all disputed claims in view of Defendants' potential
4  liability exposure as compared against the risks of continued litigation; (4) the
5  proposed notice procedures and related forms adequately apprise the Class
6  Members of their rights under the Settlement and fully comport with due process;
7  and (5) in view of the foregoing, notice should be disseminated to the Class
8  Members and a hearing date for motion for final approval of class action settlement,
9  and awards of attorneys' fees and costs should be set.

10  The Motion is based on this Notice of Motion and Motion, the attached
11  Memorandum of Points and Authorities, the Declarations of David Spivak,
12  Alexandra K. Piazza, and Walter L. Haines, all papers and pleadings on file with
13  the Court in this action, all matters judicially noticeable, and on such oral and
14  documentary evidence as may be presented in connection with the hearing on the
15  Motion.

16  Respectfully submitted,

18  THE SPIVAK LAW FIRM

20  Dated:  May 24, 2024     By:  /s/ David Spivak
21          DAVID G. SPIVAK, Attorneys for Plaintiffs, JEFFREY PIPICH, EVE STORM, GARY CULL, MELISSA KOLAKOWSKI, and DANIEL LOPEZ, and all others similarly situated



SPIVAK LAW
EMPLOYEE RIGHTS

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles, CA 90067

5

*Pipich, et al.  v. O'Reilly Auto Enterprises, LLC, et al.*   Plaintiffs' Notice of Motion for Preliminary Approval of Class Action Settlement