1  DAVID G. SPIVAK (SBN 179684)
       david@spivaklaw.com
2  CAROLINE TAHMASSIAN (SBN 285680)
       caroline@spivaklaw.com
3  **THE SPIVAK LAW FIRM**
4  8605 Santa Monica Blvd., PMB 42554
5  West Hollywood, CA 90069
   Telephone: (213) 725-9094
6  Facsimile: (213) 634-2485
7
8  Attorneys for Plaintiffs and all others similarly situated
   (Additional attorneys for parties on following page)
9

10              **UNITED STATES DISTRICT COURT**
11         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY PIPICH, EVE STORM, GARY CULL, MELISSA KOLAKOWSKI, and DANIEL LOPEZ, on behalf of themselves and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiffs,*<br><br>vs.<br><br>O'REILLY AUTO ENTERPRISES, LLC, a Delaware limited liability company; EXPRESS SERVICES, INC., a Colorado corporation dba Express Employment Professionals; and DOES 2–50, inclusive,<br><br>*Defendants.* | Case No.: 3:21-cv-01120-AHG<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Action filed:    June 16, 2021<br>Hearing Date:  October 9, 2024<br>Hearing Time:  2:00 p.m.<br>Hearing Court: 2C, The Honorable Allison H. Goddard<br><br>**<u>Submitted Herewith Under Separate Cover</u>**<br>1. Memorandum of Points and Authorities;<br>2. Declaration of David Spivak;<br>3. Supplemental Declaration of Jonathan Paul; and<br>4. [Proposed] Final Order and Judgment Approving Class Settlement. |

1

## ADDITIONAL ATTORNEYS FOR PLAINTIFFS

Alexandra K. Piazza (SBN 341678)
   apiazza@bm.net
**BERGER MONTAGUE PC**
8241 La Mesa Blvd, Suite A
La Mesa, CA 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

Shanon J. Carson* (PA 85957)
   scarson@bm.net
Camille Fundora Rodriguez*
(PA 312533, NJ 01764-2011)
   crodriguez@bm.net
Michael J. Anderson* (PA 332185)
   manderson@bm.net
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604

* admitted *pro hac vice*

WALTER L. HAINES (SBN 71075)
   walter@uelglaw.com
**UNITED EMPLOYEES LAW GROUP, PC**
8605 Santa Monica Blvd., PMB 63354
West Hollywood, CA 90069
Telephone: (562) 256-1047
Facsimile: (562) 256-1006

2

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, al.* — Notice of Motion and Motion for Final Approval of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Jeffrey Pipich, Eve Storm, Gary Cull, Melissa Kolakowski, and Daniel Lopez (collectively "Plaintiffs") hereby move this Court for an order: (1) finally approving the Class Action and PAGA Settlement Agreement and Class Notice (the "Settlement" or "Settlement Agreement") agreed to by Plaintiffs and Defendants O'REILLY AUTO ENTERPRISES, LLC ("O'Reilly") and EXPRESS SERVICES, INC. (collectively "Defendants"); (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David Spivak of The Spivak Law Firm, Alexandra K. Piazza of Berger Montague PC, and Walter L. Haines of United Employees Law Group as Class Counsel; (4) confirming the appointment of Plaintiffs as class representatives; (5) granting final approval to an allocation of $410,000.00 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, *et seq.* ("PAGA Payment"), of which $307,500.00 will be paid to the Labor and Workforce Development Agency ("LWDA") and $102,500.00 of which will be available for distribution to all Aggrieved Employees; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

The "Settlement Class" or "Class Members" consists of all individuals employed by one or both Defendants as non-exempt, hourly employees, either directly or indirectly through staffing agencies, and who worked at one of Defendant O'Reilly Auto Enterprises, LLC's distribution centers in California at any time during the Class Period. Settlement ¶ 1.5. "Class Period" means the period from July 5, 2018 to May 22, 2024. *Id.* ¶ 1.12.

This Motion is made on the following grounds that: (1) the Class meets all the requirements for class certification for settlement purposes only under Federal

3

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, al.*   Notice of Motion and Motion for Final Approval of Class Action Settlement

Rule of Civil Procedure 23; (2) Plaintiffs and their counsel are adequate to represent the Class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendants' potential liability exposure as compared against the risks of continued litigation; (4) the notice process performed by the Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final Judgment submitted herewith should be entered.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and the Declaration of David Spivak, Supplemental Declaration of Jonathan Paul, and all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: October 2, 2024         By: /s/ David G. Spivak
                               DAVID G. SPIVAK, Attorneys for Plaintiffs JEFFREY PIPICH, EVE STORM, GARY CULL, MELISSA KOLAKOWSKI, and DANIEL LOPEZ, and all others similarly situated

4

*Pipich, et al. v. O'Reilly Auto Enterprises, LLC, al.*   Notice of Motion and Motion for Final Approval of Class Action Settlement